UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHANNON D. WOODEN JR.,<br><br>Plaintiff,<br><br>v.<br><br>B ENGLISH,<br><br>Defendant. | CAUSE NO. 3:26-CV-97-HAB-ALT |

OPINION AND ORDER

Shannon D. Wooden Jr., a prisoner without a lawyer, was granted leave to proceed against the Warden of the Miami Correctional Facility ("MCF") in his official capacity "to protect him from attack by fellow inmates as required by the Eighth Amendment." ECF 6 at 4. That is the only claim pending in this case. The Warden has now moved to dismiss this case as moot because Wooden is no longer imprisoned at the MCF. ECF 21. Attached to the Warden's brief is Litigation Liaison Angela Heishman's affidavit and an exhibit showing that Wooden has been released from prison on August 6, 2026. ECF 21-1, 21-2. Wooden has not responded to the motion.

The court agrees with the Warden and will dismiss this case. Wooden's release from the MCF renders his claim for injunctive relief moot. *See Gakuba v. Henderson*, No. 20-1473, 2021 WL 5505315, at *1 (7th Cir. Nov. 24, 2021) ("[Plaintiff's] release from prison renders his claim for injunctive relief moot." (citing *Koger v. Bryan*, 523 F.3d 789, 804 (7th Cir. 2008)). Since he is no longer at the MCF, the Warden cannot provide him any meaningful prospective relief. What's more, there is no evidence that Wooden is

likely to return to the MCF to keep the controversy live, and it is too speculative to assume otherwise. The court "will not presume that [Wooden] will disobey his conditions of release or engage in unlawful conduct." *Id.* (citing *Ortiz v. Downey*, 561 F.3d 664, 668 (7th Cir. 2009)). In short, Wooden's claim is moot and must be dismissed for lack of jurisdiction. *See E.F.L. v. Prim*, 986 F.3d 959, 962 (7th Cir. 2021); *see also Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006) ("In an action seeking only injunctive relief, this requirement ordinarily means that, once the threat of the act sought to be enjoined dissipates, the suit must be dismissed as moot.").

For these reasons, the Warden's motion (ECF 21) is GRANTED, and this case is DISMISSED AS MOOT for lack of jurisdiction.

SO ORDERED on October 15, 2026.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT